USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/22/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
SUSANA GOYTENDIA,

                                Plaintiff,

          -against-                                18-CV-11107 (ALC)

                                                        **ORDER**

DOWNTOWN RESTAURANT COMPANY LLC.,
d/b/a *Cipriani Dolci*, CIPRIANI RESTAURANT 55
LLC, and 42ND STREET LESSEE, LLC, *d/b/a
Cipriani 42nd Street*

                               Defendants.
------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of the Joint Status Report from the Parties dated March 22, 2019. ECF No. 19. The Parties are hereby **ORDERED** to file a Joint Status Report indicating the status of settlement negotiations on or before April 26, 2019.

**SO ORDERED.**

**Dated:**      **March 22, 2019**
                  New York, New York

                                                      ANDREW L. CARTER, JR.
                                                      **United States District Judge**