DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5|15|2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSANA GOYTENDIA,

                Plaintiff,

  -against-

DOWNTOWN RESTAURANT
COMPANY LLC d/b/a CIPRIANI
DOWNTOWN, GC ALPHA LLC d/b/a
CIPRIANI DOLCI, CIPRIANI
RESTAURANT 55 LLC, 42ND STREET
LESSEE, LLC d/b/a CIPRIANI 42ND
STREET,

                Defendants.

18-CV-11107 (ALC)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties herein, through the undersigned counsel for Plaintiff and Defendants Downtown Restaurant Company LLC d/b/a Cipriani Downtown, GC Alpha LLC d/b/a Cipriani Dolci, Cipriani Restaurant 55 LLC, and 42nd Street Lessee, LLC d/b/a Cipriani 42nd Street that the above-captioned action is dismissed in its entirety with prejudice and without costs or attorneys' fees to any party.

Dated: April 24, 2019

_____
D. Maimon Kirschenbaum
Lucas C. Buzzard
JOSEPH & KIRSCHENBAUM LLP
32 Broadway, Suite 601
New York, New York 10004
Tel: (212) 688-5640

Attorneys for Plaintiff

Dated: May 7, 2019

_____
A. Michael Weber
Samantha E. Beltre
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, New York 10022
212.583.9600

Attorneys for Defendants

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
May 15, 2019

9